# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

OCCIDENTAL CHEMICAL
CORPORATION

NO.  2021 CW 0096

VERSUS

ARCH SPECIALTY INSURANCE
COMPANY, ET AL

**APRIL 23, 2021**

In Re:    Texas Brine Company, LLC, applying for supervisory
          writs, 23rd Judicial District Court, Parish of
          Assumption, No. 34559.

**BEFORE:    McDONALD, WELCH, AND HESTER, JJ.**

   **WRIT DENIED.**

                              **JMM**
                              **JEW**
                              **CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT